ROSE G. GOLDSTEIN, as Trustee for ANSELMO DI PACE, et al., Respondent, *v.* ADOLPH S. HUMMEL, Individually and as Executor of MINNIE HUMMEL, Deceased, Appellant.

*Subrogation — assessment — action to revive assessment lien, subrogate plaintiff thereto and foreclose same.*

*Goldstein v. Hummel,* 215 App. Div. 806, affirmed.

(Argued May 28, 1926; decided July 9, 1926.)

APPEAL, by permission, of the Appellate Division of the Supreme Court in the first judicial department, entered January 23, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was in equity to revive an assessment lien, subrogate the plaintiff to the rights of the city of New York therein and foreclose the same.

*Lawrence E. French* for appellant.

*Merle I. St. John* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.